# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE SQUIRRELS RESEARCH LABS LLC, et al. ) | CASE NO. 21-61491-TNAP (JOINTLY ADMINISTERED) CHAPTER 11 |
| DEBTORS ) | SUBCHAPTER V JUDGE PATTON |
| ----------------------------------------------- ) | ------------------------------------------------- |
| FREDERIC P. SCHWEIG, TRUSTEE ) | |
| PLAINTIFF, ) | ADVERSARY NO. 23-06029-tnap |
| v. ) | |
| JESSICA GRITZAN ) | DEFENDANT'S AMENDED PROOF OF SERVICE OF ANSWER |
| DEFENDANT. ) | |

Defendant submits the following amended proof of service for the Answer to the Complaint filed and served on December 27, 2023:

**PROOF OF SERVICE**

This is to certify that on December 27, 2023, Defendant electronically filed and served an answer to the Complaint in this matter. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including counsel for Plaintiff listed below. Parties may access this filing through the Court's system. Served via the Court's ECF system to the parties listed below, who are on the ECF mailing list for this matter.

Frederic P. Schwieg
Attorney at Law
19885 Detroit Road #239
Rocky River, OH 44116
440-499-4506
Fax : 440-398-0490
Email: fschwieg@schwieglaw.com

*/s/ Jack B. Cooper*
Jack B. Cooper (#0069321)
Milligan Pusateri Co., LPA
P.O. Box 35459
4684 Douglas Circle N.W.
Canton, Ohio 44735
Phone: (234) 209-9793
Fax: (330) 409-0249
Email: jcooper@milliganpusateri.com
Counsel for Defendant

## PROOF OF SERVICE

This is to certify that on January 4, 2024, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including counsel for Plaintiff listed below. Parties may access this filing through the Court's system. Served via the Court's ECF system to the parties listed below, who are on the ECF mailing list for this matter.

Frederic P. Schwieg
Attorney at Law
19885 Detroit Road #239
Rocky River, OH 44116
(440) 499-4506
Fax : (440) 398-0490
Email: fschwieg@schwieglaw.com

*/s/ Jack B. Cooper*
Jack B. Cooper (#0069321)
