United States Bankruptcy Court
Northern District of Ohio

Schwieg,
    Plaintiff

Gritzan,
    Defendant

Adv. Proc. No. 23-06029-tnap

# CERTIFICATE OF NOTICE

| District/off: 0647-6 | User: vwaym | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jan 25, 2024 | Form ID: pdf748 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Frederic P Schwieg, Attorney at Law, 19885 Detroit Rd #239, Rocky River, OH 44116-1815 |
| dft | + Jessica Gritzan, 1280 Linwood Ave SW, North Canton, OH 44720-3473 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Frederic P. Schwieg | on behalf of Plaintiff Frederic P Schwieg fschwieg@schwieglaw.com OH84@ecfcbis.com |
| Jack B. Cooper | on behalf of Defendant Jessica Gritzan jcooper@milliganpusateri.com |

TOTAL: 2

IT IS SO ORDERED.

Dated:  January 24, 2024



Tiiara N.A. Patton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Squirrels Research Labs LLC, et al.,** | **Case No. 21-61491 (TNAP)** |
| Debtors. | **Judge Tiiara N.A. Patton** |
| **Frederic P. Schwieg, Trustee,** Plaintiff, v. **Jessica Gritzan,** Defendant. | **Adv. Pro. No. 23-06029 (TNAP)** |

# ORDER SCHEDULING CONTINUED PRETRIAL HEARING
# AND SETTING OTHER RELATED DEADLINES

The Court held a pretrial hearing for the above-captioned matter on January 23, 2024 (the "Initial Pretrial Hearing"). Appearances were made by the following at the Initial Pretrial Hearing:

| Frederic P. Schwieg, Esq. for | Plaintiff |
| Jack B. Cooper, Esq. for | Jessica Gritzan, Defendant |

The terms "counsel" and "parties," as used in this Order, include the case attorney, any other attorney designated or authorized to appear in this adversary proceeding, and any individual appearing *pro se*. Based upon the matters discussed during the Initial Pretrial Hearing,

**IT IS HEREBY ORDERED THAT:**

1. Rules 7008 and 7012(b) of the Federal Rules of Bankruptcy Procedure. In accordance with Rules 7008 and 7012(b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), parties are required in their first pleading, responsive pleading, motion, or paper to include a statement that indicates whether the party does or does not consent to entry of final orders or judgment by the bankruptcy judge if it is determined that the bankruptcy judge, absent consent of the parties, cannot enter final orders of judgments consistent with Article III of the constitution. Parties have not complied with Bankruptcy Rules 7008 and 7012(b) and are directed to comply with the rules on or before **Tuesday, February 6, 2024.**

2. Statement of Consent. In accordance with Bankruptcy Rule 9015(b) and Rule 9015-1(b) of the Local Rules for the United States Bankruptcy Court for the Northern District, which provides if the Court determines that a right to a jury trial applies (which will be determined at a later date) parties shall file any joint or separate statement of consent to a jury trial conducted

2

23-06029-tnap    Doc 12    FILED 01/27/24    ENTERED 01/28/24 00:09:18    Page 3 of 5

by a Bankruptcy Judge under 28 U.S.C. § 157(e). Parties shall file the statement stating whether they consent or do not consent on or before **Tuesday, February 6, 2024**.

       3.      <u>Continued Pretrial Hearing Date</u>. The continued pretrial hearing will be held on **Tuesday, May 7, 2024 at 1:00 p.m.** (the "<u>Continued Pretrial Hearing</u>"). The Continued Pretrial Hearing will be conducted both (i) in person at the Ralph Regula Federal Building & U.S. Courthouse, 401 McKinley Avenue SW, Canton, Ohio 44702, and (ii) via the Zoom® Video Communications application ("<u>Zoom</u>"). Unless otherwise ordered by the Court, any party who will not be presenting evidence or argument may request to appear virtually via Zoom. Parties must pre-register by emailing Evelyn Ross, Judge Patton's Courtroom Deputy, at [PattonZoom_Registration@ohnb.uscourts.gov](mailto:PattonZoom_Registration@ohnb.uscourts.gov) by no later than 4:00 p.m. three (3) business days prior to the scheduled hearing. The hearing registration email must include the following information: (a) case name and case number; (b) hearing date and time(s); (c) participant's name, address, and telephone number; and (d) name of party/parties whom participant represents.

       4.      All participants appearing by Zoom shall comply with *Judge Patton's Procedures for Appearing via Zoom® Video Communications (Effective August 21, 2023)*, which can be found on the Court's website. Persons without video conferencing capabilities must immediately contact Evelyn Ross, Judge Patton's Courtroom Deputy, at (330) 742-0950 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the scheduled hearing date. The hearing may be continued from time to time until completed without further notice except as announced in open court.

5. This Order shall not be modified except by leave of Court upon good cause shown. Parties may contact Evelyn Ross evelyn_ross@ohnb.uscourts.gov or (330) 742-0950), Judge Patton's courtroom deputy, for all matters concerning scheduling.

# # #