IT IS SO ORDERED.

Dated: December 6, 2024



Tiiara N.A. Patton
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE SQUIRRELS RESEARCH LABS LLC, et al.<br><br>DEBTORS<br>_____<br>FREDERIC P. SCHWEIG, TRUSTEE<br><br>PLAINTIFF,<br><br>v.<br><br>JESSICA GRITZAN<br><br>DEFENDANT. | CASE NO. 21-61491-TNAP<br>(JOINTLY ADMINISTERED)<br>CHAPTER 11<br>SUBCHAPTER V<br>JUDGE PATTON<br>_____<br><br>ADVERSARY NO. 23-06029-tnap<br><br>AGREED ENTRY GRANTING DEFENDANT'S MOTION FOR EXTENSION OF SUMMARY JUDGMENT DEADLINES |

This matter came before the Court on Defendant's Motion for Extension of Summary Judgment Deadlines. The Court notes that Plaintiff has consented to the extension. As such, the motion is hereby granted. The new deadlines are as follows:

December 20, 2024    Motions for Summary Judgment

January 24, 2024    Responses to Motions for Summary Judgment.

APPROVED:

*/s/ Frederic P. Schwieg*
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
19885 Detroit Rd #239
Rocky River, Ohio 44116
(440) 499-4506
Fax (440) 398-0490
fschwieg@schwieglaw.com
Subchapter V Trustee


*/s/ Jack B. Cooper*
Jack B. Cooper (#0069321)
Milligan Pusateri Co., LPA
P.O. Box 35459
4686 Douglas Circle N.W.
Canton, Ohio 44735
Phone: (234) 209-9793
Fax: (330) 409-0249
Email: jcooper@milliganpusateri.com
Counsel for Defendant